Case Number: 09-52880
Debtor Name: BRUNNER, WILLIAM KENNETH JR.

Date: April 15, 2010
PROPOSED DISTRIBUTION

FILED
2010 APR 19 PM 1: 15
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,200.12 |
| | Marc P Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $300.03 | $0.00 | $300.03 | $300.03 | $900.09 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $900.09 |
| Subtotals For Class Administrative | 100.00% | | | $300.03 | $0.00 | $300.03 | $300.03 | |
| 1 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | 300 | $12,834.42 | $0.00 | $12,834.42 | $770.37 | $129.72 |
| 4 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $383.66 | $0.00 | $383.66 | $23.03 | $106.69 |
| 5 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba H H GREGG/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $1,327.69 | $0.00 | $1,327.69 | $79.69 | $27.00 |
| 6 | LabCare Plus<br>PO Box 71-4065<br>Columbus, OH 43271-4065 | Unsecured | 300 | $75.00 | $0.00 | $75.00 | $4.50 | $22.50 |
| 7 | Dominion East Ohio<br>PO Box 26785<br>Richmond, VA 23261-6785 | Unsecured | 300 | $374.77 | $0.00 | $374.77 | $22.50 | $0.00 |
| Subtotals For Class Unsecured | 6.00% | | | $14,995.54 | $0.00 | $14,995.54 | $900.09 | |
| 2 | Capital One Auto Finance, c/o Ascension Capital Gr<br>P.O. Box 201347<br>Arlington, TX 76006 | Secured | 400 | $17,601.87 | $0.00 | $17,601.87 | $0.00 | $0.00 |
| 3 | The Lorain National Bank<br>P.O. Box 845<br>Lorain, OH 44052 | Secured | 400 | $2,071.21 | $0.00 | $2,071.21 | $0.00 | $0.00 |
| Subtotals For Class Secured | 0.00% | | | $19,673.08 | $0.00 | $19,673.08 | $0.00 | |
| | Totals | | | $34,968.65 | $0.00 | $34,968.65 | $1,200.12 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

ck # 1006
receipt # 81410